IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Zoltan Turi o/b/o Thomas Eros, <br><br> Plaintiff, <br><br> v. <br><br> Jo Anne B. Barnhart, COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CIVIL NO. 06-2438(NLH) <br><br> **ORDER** |

For the reasons expressed in the Court's Opinion filed even date,

**IT IS HEREBY ORDERED** on this 19th day of June, 2007 that the decision of the Commissioner is **REVERSED**, and the case is **REMANDED** for further consideration consistent with the Court's Opinion.

s/ Noel L. Hillman

At Camden, New Jersey    NOEL L. HILLMAN, U.S.D.J.